DOWNEY BRAND LLP
RHONDA CATE CANBY (BAR NO. 171571)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100

Attorneys for Defendants,
JEFFERY JAY LUHN and LAUREN JEAN LUHN


SCOTT N. JOHNSON, ESQ. (BAR NO. 166952)
LAW OFFICES OF SCOTT N. JOHNSON
5150 Fair Oaks Boulevard, Suite 101
PMB #253
Carmichael, CA  95608-5758
Telephone:   (916) 485-3516
Facsimile:    (916) 485-3516

Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY JAY LUHN; LAUREN JEAN LUHN; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  2:05-CV-00769-FCD-GGH<br><br>**STIPULATED DISMISSAL; ORDER THEREON** |

Plaintiff SCOTT N. JOHNSON, in pro per, and Defendants JEFFERY JAY LUHN and LAUREN JEAN LUHN, through their attorney Rhonda Cate Canby of Downey Brand LLP, hereby stipulate for an Order of Dismissal with prejudice in the above-entitled matter.

/ / /

/ / /

/ / /

/ / /

689651.1

1

| | | |
|---|---|---|
| 1 | DATED: July 14, 2005. | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | By:/s/Rhonda Cate Canby |
| 4 | | RHONDA CATE CANBY<br>Attorneys for Defendants,<br>JEFFERY JAY LUHN and |
| 5 | | LAUREN JEAN LUHN |
| 7 | | |
| 8 | DATED: July 13, 2005. | By:/s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Plaintiff In Pro Per |

**IT IS SO ORDERED.**

DATED: July 15, 2005     /s/ Frank C. Damrell Jr.
U.S. District Judge

689651.1

2

STIPULATED DISMISSAL; ORDER THEREON